IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Susan Brown-Thill, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-01245-CV-W-JTM |
| | ) |
| Richard L. Brown, | ) |
| | ) |
| Defendant. | ) |

## ORDER

With the consent of the Honorable Scott O. Wright, and pursuant to the requirement of Local Rule 83.9 that related cases shall be transferred to the judge with the earliest filed case, it is

**ORDERED** that, inasmuch as this matter is related to 11-9006-MC-W-SOW, the Clerk of the Court shall transfer this case to Judge Wright for all further proceedings.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**